IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



CHARLES CHIATON,

    Petitioner,

v.                                      Civil Action No. **3:11CV504**

UNKNOWN,

    Respondent.

**MEMORANDUM OPINION**

    By Memorandum Order entered on August 17, 2011, the Court conditionally docketed Plaintiff's action. The Memorandum Order warned Plaintiff that he must immediately advise the Court of his new address in the event that is transferred or relocated. On August 30, 2011, the August 17, 2011 Memorandum Order was returned to the Court by the United States Postal Service marked, "Return To Sender: Undeliverable/No Longer Here." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

    It is so ORDERED.

                                               /s/
                                        Robert E. Payne
                                        Senior United States District Judge

Date: September 29, 2011
Richmond, Virginia